# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| WALTER CURTIS MOLES,<br>ADC #119166 | PLAINTIFF |
| V.       4:17CV00319 KGB/JTR | |
| DEE WOODLE, Deputy,<br>White County Sheriff's Department, et al. | DEFENDANTS |

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

1

## I. Discussion

Plaintiff, Walter Curtis Moles ("Moles"), has filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was a prisoner in the White County Detention Center. *Docs. 7 & 11*.

Moles has recently filed a Motion to Voluntarily Dismiss this case "with prejudice." *Doc. 32 at 1*. Defendants have filed a Response stating that they have no objection to Moles's request. *Doc. 33*.

The Court advises Moles that a dismissal "with prejudice" means that he will be forever barred from pursuing any of the claims asserted in this action. In contrast, if Moles voluntarily dismisses his claims "without prejudice," he may be able to, sometime in the future, reassert his claims in a new lawsuit. If Moles would rather voluntarily dismiss this case, without prejudice, he must clearly state so in a timely filed Objection to this Recommended Disposition.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT Moles's Motion to Voluntarily Dismiss *(Doc. 32)* be GRANTED, and that this case be DISMISSED, WITH PREJUDICE.

Dated this 29th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE