IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALTER CURTIS MOLES,
ADC #119166                                                                                    PLAINTIFF

v.                       Case No. 4:17-cv-00319-KGB/JTR

DEE WOODLE, Deputy,
White County Sheriff's Department, *et al.*                                          DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition of Magistrate Judge J. Thomas Ray (Dkt. No. 34). Plaintiff Walter Curtis Moles filed a timely objection to the Recommended Disposition (Dkt. No. 38). After careful consideration of the Recommended Disposition, Mr. Moles' objection, and a *de novo* review of the record, this Court concludes that the Recommended Disposition should be modified to allow Mr. Moles to dismiss without prejudice his claims (Dkt. No. 34).

Mr. Moles filed a request for a voluntary dismissal "with" prejudice (Dkt. No. 32). In the Recommended Disposition, Judge Ray advised Mr. Moles that if his case was dismissed "with" prejudice, as opposed to "without" prejudice, Mr. Moles would be forever barred from pursuing any of the claims asserted in his complaint (Dkt. No. 34). In his timely objection, Mr. Moles' requests that his case be dismissed "without" prejudice, so that he might pursue the claims asserted in his compliant in the future (Dkt. No. 38).

Therefore, Mr. Moles' motion to dismiss voluntarily is granted (Dkt. No. 32), and this case is dismissed without prejudice. The August 28, 2017, Recommended Partial Disposition is denied as moot (Dkt. No. 12). Further, the Court denies as moot defendants' motion to dismiss without prejudice pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court

for the Eastern and Western Districts of Arkansas (Dkt. No. 40). It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered, this the 30th day of April, 2018.

Kristine G. Baker
United States District Judge