IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALTER CURTIS MOLES,
ADC #119166                                                          PLAINTIFF

v.                    Case No. 4:17-cv-00319-KGB/JTR

DEE WOODLE, Deputy,
White County Sheriff's Department, *et al.*                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Walter Curtis Moles' claims are dismissed without prejudice.

So adjudged this the 30th day of April, 2018.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge